**No. P69/67.**—Fedtro, Inc., et al. *v.* United States, protests 67/55516, etc. (New York).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of oilcan spouts similar in all material respects to those the subject of *Hollywood Accessories, Division of Allen Electronics & Equip. Co.* v. *United States* (60 Cust. Ct. 360, C.D. 3391), the claim of the plaintiffs was sustained.

**No. P69/68.**—J. E. Bernard & Co., Inc. *v.* United States, protest 66/47336–1557 (Chicago).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of pistol grips, which are chiefly used as parts of motion picture cameras, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.